**UNITED STATES of America, Appellant, v. William P. THORNTON, Appellee.**

**No. 12428.**

United States Court of Appeals Ninth Circuit.

Aug. 21, 1950.

Rehearing Denied Oct. 3, 1950.

H. G. Morison, Asst. Atty. Gen., Leavenworth Colby, Sp. Asst. Atty. Gen., Keith R. Ferguson, Sp. Asst. to Atty. Gen., J. Charles Dennis, U. S. Atty., John E. Belcher, Asst. U. S. Atty., Seattle, Wash., for appellant.

Marion Garland, Jr., and William R. Garland, Bremerton, Wash., for appellee.

Before HEALY and ORR, Circuit Judges, and McLAUGHLIN, District Judge.

PER CURIAM.

On authority of the decision in the case of Thomason v. United States, 9 Cir., 184 F.2d 105, this date filed, the judgment of the lower court is affirmed.